JS-6

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| FELICE CRESCENZO,<br><br>      Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC., A CORPORATION; REGIONAL TRUSTEE SERVICES CORPORATION, A WASHINGTON CORPORATION; REGIONAL SERVICE CORPORATION, A CALIFORNIA CORPORATION; AND DOES 1-50, INCLUSIVE,<br><br>      Defendants. | Case No.:  2:11-cv-02507-AHM-RZ<br><br>[PROPOSED] **JUDGMENT**<br><br>*[The Honorable A. Howard Matz, Courtroom 14]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The motion for summary judgment filed by defendant Wells Fargo Bank N.A. (successor by merger to Wachovia Mortgage, FSB, formerly known as World

Savings Bank, FSB) and its division, Wells Fargo Home Mortgage ("Wells Fargo") came on regularly for hearing on February 11, 2013, the Honorable A. Howard Matz, presiding.

The Court, having read and considered the motion, all opposition and reply papers and the argument of the parties, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Wells Fargo's Motion for Summary Judgment is granted in its entirety;
2. The entire action is dismissed with prejudice;
3. Judgment is entered in favor of defendants Wells Fargo, Ricardo Moran, Maria A. Moran, Montserrat Moran, Regional Trustee Services Corporation and Regional Services Corporation and against Plaintiff Felice Crescenzo;
4. Plaintiff Felice Crescenzo shall take and recover nothing.

Dated: February 22, 2013

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6